UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 21-2253 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's October 1, 2021, Order, Plaintiff, America First Legal Foundation ("Plaintiff"), and Defendant, the United States Department of State ("State" or "Department"), by and through undersigned counsel, have met, conferred, and hereby report as follows:

1. Plaintiff brings this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking to compel a response to a FOIA request dated May 28, 2021 (the "Request").

2. After receiving no response from State, Plaintiff filed its Complaint on August 25, 2021. *See* ECF No. 1.

3. Since then, State has conducted a preliminary search for records responsive to Plaintiff's Request, but the Department's search is still ongoing. The parties met and conferred on November 1, 2021, to discuss this search for records. During this call, Plaintiff confirmed that it is interested only in records "regarding, referring, or relating to the State Department's decision to cease, end, or terminate any investigation into the origins of the COVID-19 pandemic" and dated between January 20, 2021 and the present. Plaintiff also confirmed that State need not process or produce otherwise responsive records consisting of news clippings for which Department

- 2 -

personnel do not further discuss or reference any decision to terminate a COVID-19-origins investigation.

4. Because the parties' discussions remain ongoing and the Department is still in the process of searching for potentially responsive records, State is not yet in a position to report the number of records responsive to Plaintiff's request or to estimate a date by which any responsive, non-exempt information might be released to Plaintiff. The parties expect that they will be in a position to report this information within the next 30 days.

5. State does not anticipate seeking an *Open America* stay at this time. The parties anticipate that if summary judgment briefing is necessary in this case, a *Vaughn* index may then be required. In light of the above, however, the parties seek to defer proposing any summary judgment briefing schedule to allow for processing and production of all responsive non-exempt material.

6. In light of the foregoing, the parties propose filing a further joint status report by December 1, 2021, to provide the Court with the number of records potentially responsive to Plaintiff's Request and a proposed production schedule.

\*     \*     \*

| | |
|---|---|
| Dated: November 1, 2021 | Respectfully submitted, |

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR |JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: 202.787.1060
E-mail: bfield@schaerr-jaffe.com

*/s/ Reed D. Rubinstein*
REED D. RUBINSTEIN
D.C. Bar No. 400153
AMERICA FIRST LEGAL FOUNDATION
600 14th Street, N.W.
Fifth Floor
Washington, D.C. 20005
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Derek S. Hammond*
DEREK S. HAMMOND
D.C. Bar # 1017784
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2511
Derek.Hammond@usdoj.gov

*Counsel for Defendant*