UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 21-2253 (JMC) |

**JOINT STATUS REPORT**

Plaintiff America First Legal Foundation ("Plaintiff") and Defendant, the United States Department of State ("State" or "Defendant"), by and through undersigned counsel report as follows:

1. As previously reported, on January 19, 2023, Plaintiff sent State their proposal for supplemental searches. State ran searches using the terms that Plaintiff suggested on January 31, 2023, but those searches turned up roughly 26,000 potentially responsive records—one proposed search yielded 28 potentially responsive records, another yielded 20,603 potentially responsive records, and the final search yielded 5,244 potentially responsive records.

2. Since then, the Parties have conferred further, and Plaintiff requested that State begin processing the records identified by the first search—the one with 28 potentially responsive records. Plaintiff also proposed additional narrowing for the third search—the one with 5,244 potentially responsive records. Due to technical limitations, State sent Plaintiff a counterproposal for the supplemental search, which identified 250 potentially responsive records. Plaintiff is willing to discuss that counterproposal with State but has additional questions it plans to raise to ensure that State's counterproposal sufficiently targets the records Plaintiff is seeking.

Additionally, Plaintiff requested that State postpone any processing of the records identified by the search that yielded 20,603 potentially responsive records. Plaintiff indicated that it would revisit that search after State completes processing the other records.

3.  Accordingly, State will begin processing the results from the first search while the parties continue discussing narrowing of the other search terms. Plaintiff has requested that State begin processing and issue its first release by March 15, 2023, and State is considering that request.

4.  The parties further propose that they file another joint status report by March 15, 2023, and every thirty days thereafter until State completes processing Plaintiff's request.

5.  Additionally, the parties will request that the Court stay the current summary judgment briefing schedule until State completes this processing.

Dated: February 15, 2023  
Washington, DC

Respectfully submitted,

*/s/ Brian J. Field*  
BRIAN J. FIELD  
D.C. Bar No. 985577  
SCHAERR |JAFFE LLP  
1717 K Street NW, Suite 900  
Washington, DC 20006  
Tel.: 202.787.1060  
E-mail: bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: */s/ John J. Bardo*  
JOHN J. B ARDO, D.C. Bar No. 1655534  
Assistant United States Attorney – Civil Division  
601 D Street, N.W.  
Washington, D.C. 20530  
(202) 870-6770  
John.Bardo@usdoj.gov

*Counsel for the United States of America*